```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

LINDA G. CHAMBLISS,                  :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :    CIVIL ACTION 07-0360-KD-B
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of                      :
Social Security,                     :
                                     :
    Defendant.                       :


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. 2412 be **GRANTED**, without objection, and that Plaintiff is hereby **AWARDED** an attorney's fee in the amount of $2,750.94 under EAJA for legal services rendered by her attorney in this Court and court costs of $350.00 for a total EAJA award of $3,100.94.

    DONE this 19th day of December, 2008.

                                              s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE