IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LINDA G. CHAMBLISS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 07-0360-KD-B |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 16, 2009, is **ADOPTED** as the opinion of this Court.

Petitioner is authorized to receive $5,737.35 as a fee for services rendered at the federal court level which represents the remaining balance of twenty-five percent (25%) of the total past-due benefits awarded Plaintiff.  Additionally, Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of $3,100.94 which was previously awarded pursuant to the Equal Access to Justice Act.

**DONE** this 2nd day of April, 2009.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**